NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000916
15-JAN-2014
08:30 AM

NO. CAAP-12-0000916

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

SUZANNE M. NEMIROFF aka SUZANNE M. DITTER,
Plaintiff-Appellee,
vs.
ALAN H. NEMIROFF,
Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 02-1-3779)

ORDER DENYING PLAINTIFF-APPELLEE
SUZANNE M. DITTER'S MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Foley, and Leonard, JJ.)

Upon consideration of the "Memorandum and Reply to the Intermediate Courts of Appeal (Memorandum Opinion) File and Dated December 30, 2013" filed by Plaintiff-Appellee pro se on January 9, 2014, which we construe as a motion for reconsideration of our December 30, 2013 Memorandum Opinion, the papers in support, and the records and files in this case,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, January 15, 2014.

On the motion:

Suzanne Ditter
Plaintiff-Appellee
Pro Se

Chief Judge

Associate Judge

Associate Judge